**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
09/11/2018

In Re: Jennifer Hernandez

**Debtor(s)**

Case No.: 18–20248

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Christopher R Murray is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/11/18

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE